-FILED-

AUG 18 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:22CR 89 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | |
| DEANNA DAJA WASHINGTON | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about the following dates, in the Northern District of Indiana,

**DEANNA DAJA WASHINGTON**,

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that her current state of residence and address was 3554 Lincoln Street, Gary, Indiana, whereas in truth and in fact, she knew that her current

1

state of residence and address was not 3554 Lincoln Street, Gary, Indiana,

In violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearms Dealer |
|---|---|---|
| 1 | January 14, 2021 | Range USA |
| 2 | February 2, 2021 | Range USA |
| 3 | April 5, 2021 | Range USA |
| 4 | December 15, 2021 | Cabela's |
| 5 | December 18, 2021 | Deb's Gun Range |
| 6 | December 18, 2021 | The Red Barn in Anoka |

## FORFEITURE ALLEGATIONS

1. The allegations of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 6 the Indictment, **DEANNA DAJA WASHINGTON**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of such offense.

A TRUE BILL:

/s/ FOREPERSON
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: /s/ Patrick D. Grindlay
Patrick D. Grindlay
Special Assistant United States Attorney

3